# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Bentley,<br><br>                Plaintiff,<br><br>v.<br><br>Thunderbird Collection Specialists Incorporated,<br><br>                Defendant. | No. CV-14-00757-PHX-GMS<br><br>**ORDER** |

**IT IS ORDERED** granting the parties' Stipulation to Dismiss (Doc. 36) and directing the Clerk of Court to dismiss with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 12th day of June, 2015.

*G. Murray Snow*
Honorable G. Murray Snow
United States District Judge